NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: Harbinger Capital Partn          Docket No.: 15-1429

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Jacob H. Zamansky

Firm: Zamansky LLC

Address: 50 Broadway, 32nd Floor, New York, NY 10004

Telephone: (212) 742-1414     Fax: (212) 742-1177

E-mail: jake@zamansky.com

Appearance for: Lili Schad, Klein Family Partnership L.P., The Edward M. Armfield Sr. Foundation Inc., Dr. Randall Lang, and Anil Bhardwaj, Plaintiffs-Appellants
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Samuel E. Bonderoff, Zamansky LLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 22, 2013                                            OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jacob H. Zamansky

Type or Print Name: Jacob H. Zamansky