**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: In re Harbinger Capital Partn     Docket No.: 15-1429

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Amanda M. Steiner

Firm: Girard Gibbs LLP

Address: 601 California Street, 14th Floor, San Francisco, CA 94108

Telephone: 415.981.4800     Fax: 415.981.4846

E-mail: as@girardgibbs.com

Appearance for: Lili Schad, Klein Family Partnership L.P., Edward M. Armfield Sr. Foundation Inc., Randall Lang, and Anil Bhardwaj, Plaintiff-Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☒ Additional counsel (co-counsel with: Jacob Zamansky and Samuel E. Bonderoff/Zamansky LLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 1, 2012     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Amanda M. Steiner

Type or Print Name: Amanda M. Steiner