# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand and fifteen.

Before:     Ralph K. Winter,
                  *Circuit Judge.*

_____

Lili Schad, *et al.,*

Plaintiffs-Appellants,            **ORDER**
                                             Docket No. 15-1429
v.

Harbinger Holdings, LLC, *et al.*,

Defendants-Appellees.

_____

    Appellants move for a 30-day extension of the briefing schedule.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellants' brief/appendix are due July 20, 2015 and Appellees' brief is due August 24, 2015. However, the court notes that this motion was filed in violation of Local Rule 27.1(f)(3). The appeal is dismissed effective July 20, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                  FOR THE COURT:

                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

