**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1429

**Caption [use short title]**

**Motion for:** Voluntary Withdrawal and Dismissal of Appeal Pursuant to Rule 42(B) of the Federal Rules of Appellate Procedure

IN RE HARBINGER CAPITAL PARTNERS FUND INVESTOR LITIGATION

**Set forth below precise, complete statement of relief sought:**

Order Dismissing Plaintiffs-Appellants' Appeal with Prejudice

**MOVING PARTY:** Lili Schad, Klein Family Partnership, Edward M. Armfield Sr. Fdn, Dr. Randall Lang, Anil Bhardwaj
☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** Harbinger Capital Partners LLC, et. al.

**MOVING ATTORNEY:** Samuel E. Bonderoff

**OPPOSING ATTORNEY:** Daniel J. Leffell

[name of attorney, with firm, address, phone number and e-mail]

Zamansky LLC
50 Broadway, 32nd Fl., NY, NY 10004
(212) 742-1414; samuel@zamansky.com

Paul, Weiss, Rifkin, Wharton & Garrison, LLP
1285 Avenue of the Americas, NY, NY 10019
(212) 373-3000; dleffell@paulweiss.com

**Court-Judge/Agency appealed from:** SDNY - Hon. Alison J. Nathan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:_____

**Is oral argument on motion requested?**   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

**Has argument date of appeal been set?**   ☐ Yes ☑ No   If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Samuel E. Bonderoff   **Date:** 7/21/15   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)